consideration or decision of this petition.

No. 00–1742. ABDUR'RAHMAN v. BELL, WARDEN, *ante*, p. 970;

No. 01–31. HOLBROOK v. NATIONWIDE MUTUAL INSURANCE CO., *ante*, p. 886; and

No. 01–5036. KING v. WASHINGTON HILTON AND TOWERS, *ante*, p. 899. Petitions for rehearing denied.

## DECEMBER 10, 2001

No. 01–285. THOMS, WARDEN v. ROSALES-GARCIA. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis,* 533 U. S. 678 (2001).

No. 01–6785. MCDONALD v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 01M30. A. L. v. E. H. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 00–1021. RUSH PRUDENTIAL HMO, INC. v. MORAN ET AL. C. A. 7th Cir. [Certiorari granted, 533 U. S. 948.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–1167. TAHOE-SIERRA PRESERVATION COUNCIL, INC., ET AL. v. TAHOE REGIONAL PLANNING AGENCY ET AL. C. A. 9th